UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDON S. LAVERGNE                                       CIVIL ACTION

VERSUS

DARREL VANNOY, ET AL.                                     NO. 22-00470-BAJ-SDJ

RULING AND ORDER

On July 13, 2022, Plaintiff's claims in the above-captioned matter, relating to alleged constitutional violations arising from his stay in solitary confinement at the Louisiana State Penitentiary, were severed into a standalone action. (Doc. 1). The following claims were to be before the Court in this action: (1) due process claims regarding Plaintiff's sentence to solitary confinement, (2) conditions of confinement claims pertaining to solitary confinement itself, and (3) claims against Darrel Vannoy, Joseph LaMartinaire, Tim Delaney, Jimmy Cruze, Chad Oubre, Ricky Sharky, and Douglas McDonald in their official capacities arising from alleged religious liberty violations suffered by Plaintiff while in solitary confinement. (Docs. 1, 37).

On November 30, 2023, Defendants Darrell Vannoy, Joseph LaMartinaire, Rickey Sharkey, and Tim Delaney filed the **Motion to Dismiss (Doc. 34, the "Motion")** presently before the Court. The Motion was referred to the Magistrate Judge, who has now issued a **Report and Recommendation (Doc. 8, the "Report")**, recommending that Defendants' Motion be granted and that Plaintiff's Fourth and Eighth Amendment claims arising from his solitary confinement be

dismissed with prejudice. The Report also recommends that Plaintiff's claims for injunctive relief against Defendants in their respective individual capacities be dismissed with prejudice, as such relief can only be granted against Defendants in their official capacities. (Doc. 37 at p. 9). The Court notes that these individual capacity claims appear to have already been dismissed. (Docs. 1-10, 1-11). The Motion and the Report are opposed. (Docs. 35, 43).

Upon de novo review, and having carefully considered Defendant's Motion, the Report, Plaintiff's objections, and all other related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendants' **Motion to Dismiss (Doc. 34)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that all of Plaintiff's Fourth Amendment and Eighth Amendment claims arising from his solitary confinement, as well as Plaintiff's claims for injunctive relief against Defendants in their respective individual capacities, to the extent such claims have not already been adjudicated, be and are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff shall be granted leave to file an amended complaint to add a claim for monetary relief against Darrel Vannoy, in his individual capacity for alleged violations to Plaintiff's First Amendment rights.

**IT IS FURTHER ORDERED** that this matter be and is hereby **REFERRED** to the Magistrate Judge for consideration of Plaintiff's remaining claims.

Baton Rouge, Louisiana, this 9th day of September, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**