UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDON S. LAVERGNE                                          CIVIL ACTION

VERSUS

DARREL VANNOY, ET AL.                                        NO. 22-00470-BAJ-SDJ

## RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 98, the "Report")** recommending that the Court dismiss Plaintiff's claims against Defendants Douglas McDonald, Donnie Bordelon, Unknown Magee, Ken Gremillion, Shannon Demars, Terry Bordelon, Rachel Ambeau, and Anne Marie Easley, with prejudice, for failure to serve under Fed. R. Civ. Proc. 4(m) and as superfluous and duplicative under 28 U.S.C. § 1915A.[1] (Doc. 98 at 6). There are no objections to the Report.

After carefully considering Plaintiff's Complaint, the Report, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

---

[1] The Magistrate Judge emphasized that although Rule 4(m) provides for dismissal without prejudice, the Court should dismiss these claims with prejudice under Section 1915A because they are duplicative and superfluous.

**IT IS ORDERED** that Plaintiff's claims against Defendants Douglas McDonald, Donnie Bordelon, Unknown Magee, Ken Gremillion, Shannon Demars, Terry Bordelon, Rachel Ambeau, and Anne Marie Easley, are **DISMISSED WITH PREJUDICE** under Fed. R. Civ. Proc. 4(m) for failure to timely serve and as superfluous and duplicative under 28 U.S.C. § 1915A.

**IT IS FURTHER ORDERED** that this matter is immediately **REFERRED** to the Magistrate Judge for the issuance of a Scheduling Order.

Baton Rouge, Louisiana, this 3rd day of March, 2026

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**